**Robert Edward PATTERSON, Plaintiff—Appellant,**

v.

**William Starke MUNDY, Amherst County Commonwealth Attorney; L.J. Ayers, Amherst County Sheriff, Defendants—Appellees.**

No. 06–6080.

United States Court of Appeals, Fourth Circuit.

Submitted: May 18, 2006.

Decided: May 31, 2006.

Robert Edward Patterson, Appellant Pro Se. Carlene Booth Johnson, Perry Law Firm, PC, Dillwyn, Virginia, for Appellees.

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert Edward Patterson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Patterson v. Mundy,* No. 7:05–cv–00474 (W.D.Va. filed Dec. 21 & entered Dec. 23, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*